**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1797**

———————

GWENDOLYN R. THORPE,

                                        Plaintiff - Appellant,

        versus

SCHOOL BOARD OF THE CITY OF VIRGINIA BEACH,
VIRGINIA,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate Judge. (CA-00-843-2)

———————

Submitted:  September 20, 2001      Decided:  September 26, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gwendolyn R. Thorpe, Appellant Pro Se. Paul Arthur Driscoll, PENDER & COWARD, P.C., Virginia Beach, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gwendolyn R. Thorpe appeals the magistrate judge's order granting summary judgment in favor of her former employer in this action alleging violations of the Americans with Disabilities Act.[*] We have reviewed the record, the magistrate judge's order, and the magistrate judge's reasoning stated from the bench at the hearing on the employer's motion for summary judgment and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Thorpe v. School Bd., No. CA-00-843-2 (E.D. Va. filed May 30, 2001; entered May 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C.A. § 636(c)(1) (West 1993 & Supp. 2001).